UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHASITY COLTON                    CIVIL ACTION NO. 6:19-cv-00905

VERSUS                            JUDGE SUMMERHAYS

BOZA WILLIAMS MARSAL, ET AL.      MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Rec. Doc. 10) is GRANTED, and this matter is REMANDED to the 16th Judicial District Court, St. Martin Parish, Louisiana, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 14th day of November, 2019.


ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE